IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 7 |
| EMERALD BAY REVOCABLE TRUST, | Case No. 10-40457 |
| Debtor. | |

## **NOTICE**

PLEASE TAKE NOTICE that BAC Home Loans Servicing, Inc. (fka Countrywide Home Loans, Inc., dba America's Wholesale Lender) has filed an application for reimbursement of fees in the amount of $13,975, and costs in the amount of $338.87.  Therefore, and pursuant to S.D. Ill. LBR 2002-1 and Federal Rule of Bankruptcy Procedure 2002(a)(6), unless an objection to the relief sought is received by the Court within 21 days, this matter will stand as submitted to the Court and the Court may enter an Order granting all relief sought by this Motion without further notice.

    Respectfully submitted,

    BAC HOME LOAN SERVICING, INC.
    (F/K/A COUNTRYWIDE HOME LOANS,
    INC. D/B/A AMERICA'S WHOLESALE
    LENDER)


    By: */s/Richard A. Vance*
        By Its Attorneys

789441:1:LOUISVILLE

Richard A. Vance
(Ky. No. 72728)
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
(502) 587-3400
rvance@stites.com
*Admitted Pro Hac Vice*

Dated: June 9, 2010

## CERTIFICATE OF SERVICE

I hereby certify and verify that a copy of the foregoing Motion was served via the ECF System on this 8th day of June, 2010, which will send an electronic notice of filing to counsel of record and all parties having filed a request for notice, and a hard copy was served via United States First Class Mail, postage prepaid, on this 9th day of June 2010, upon:

| | |
|---|---|
| Emerald Bay Revocable Trust<br>509 Vienna Street<br>Metropolis, Illinois 62906 | Dennis L. Bell<br>2934 Benton Road<br>Paducah, Kentucky 42003 |
| Dana S. Frazier<br>Chapter 7 Trustee<br>PO Box 159<br>Murphysboro, IL 62966 | Mark D. Skaggs<br>Office of the United States Trustee<br>401 Main St<br>Suite 1100<br>Peoria, IL 61602 |
| City of Paducah<br>P.O. Box 2267<br>Paducah, KY 42002-2267 | Paducah Bank<br>555 Jefferson Ave.<br>Paducah, KY 42001-1008 |
| McCracken Builders, Property &<br>Management, LLC<br>2934 Benton Rd.<br>Paducah, KY 42003-0316 | McCracken County Tax Administrator<br>300 South 7th Street<br>Paducah, KY 42001 |
| Devine Financial Services<br>PO. Box 363<br>Wayne, PA 19087-0363 | |

/s/ Richard A. Vance
Richard A. Vance

789441:1:LOUISVILLE