IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 11 |
| EMERALD BAY REVOCABLE TRUST, | Case No. 10-40457 |
| Debtor. | |

## ORDER

This matter comes before the Court for hearing on September 15, 2010 on Cheri English's Motion to Reconsider this Court's award of costs and fees to creditor and party in interest, BAC Home Loans Servicing, LP ("BAC"). Richard A. Vance, counsel for BAC appears; movant Cheri English does not. Accordingly, **IT IS ORDERED** that the Motion to Reconsider is **DENIED**.

**FURTHER,** the Court having considered the BAC'S Motion for Costs and Fees and all objections thereto, conducted three hearings, reviewed the record, and otherwise being sufficiently advised; **FINDS** that the initiation and continued prosecution of this bankruptcy proceeding, including the filing of the petition and frivolous objections, responses, and motions to reconsider, have been in bad faith and have caused BAC to incur unnecessary costs and fees.[1] Accordingly BAC shall be awarded its reasonable attorney's fees and costs incurred in this matter in the amount of $23,975.00.[2]

Based on the foregoing, **IT IS ORDERED** that the Motion for Fees and Costs is **GRANTED**. BAC Home Loans Servicing, LP is awarded a judgment against the debtor, Emerald Bay Revocable Trust, Cheri English, and Dennis L. Bell, jointly and severally, in the

---

[1] BAC has been required to respond to the petition and frivolous objections, responses and motions. Counsel for BAC has also appeared at court hearings at which the debtor and its representatives have failed to appear

[2] The Court has reviewed the record and the fee statements that were submitted and finds that this amount is a reasonable attorney fee for the time expended.

amount of $23,975.00.  All pending motions of the Debtor and its Trustee are **DENIED**.

Counsel for BAC Home Loans Servicing, LP shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: September 22, 2010

/s/ Kenneth J. Meyers
UNITED STATES BANKRUPTCY JUDGE-3